

10-CV-05672-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOSEPH REEVES, | Civil No. 3:10-cv-05672-RBL-KLS |
| Plaintiff, | |
| v. | PROPOSED ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom and the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the administrative law judge shall give further consideration to: the medical opinion of Dr. Schneider, Plaintiff's mental status, and Plaintiff's physical residual functional capacity. The administrative law judge will obtain supplemental vocational expert evidence, if warranted. This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. §

Page 1    PROPOSED ORDER OF REMAND - [3:10-cv-05603-BHS-JRC]

405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 25 day of March, 2011.

for Ronald B. Leighton
UNITED STATES DISTRICT JUDGE

Presented by:

s/ WILLY M. LE
WILLY M. LE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2680
Fax: (206) 615-2531
willy.le@ssa.gov