# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH REEVES,

          JUDGMENT IN A CIVIL CASE

   v.

          Case No. C10-5672 RBL/KLS

MICHAEL J. ASTRUE,

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**; and

(2) This matter is **REVERSED** and **REMANDED** for further administrative proceedings.

March 29, 2011            WILLIAM M. McCOOL
Date                  Clerk

                 *s/ Mary Trent*
                 Deputy Clerk