United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH REEVES, | ) |
| | ) CASE NO.  3:10-cv-5672-RBL |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER FOR EAJA FEES AND COSTS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney fees of $2,363.31, shall be awarded to Plaintiff.  *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Amy Gilbrough, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

ORDER FOR EAJA FEES AND COSTS
[No. 3:10-cv-5672-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

The parties agree to costs of $350.90, for the filing fee and photocopies, under 28 U.S.C. §1920, to be paid to Plaintiff's counsel at the address above.

Dated this 22nd day of April, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH
Attorney for Plaintiff

ORDER FOR EAJA FEES AND COSTS
[No. 3:10-cv-5672-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900